J. C. Hall, E. C. Love, for defendant.

---

### 2127. MARSHALL v. WOODBURY BANKING COMPANY.

RUSSELL, J. A verdict for the plaintiff was not demanded by the evidence, and the court erred in directing the verdict. In any case where the evidence may be subject to more than one construction, or where more than one inference may be drawn, even from undisputed facts, the duty of solving the mystery should be placed upon the jury.

*Judgment reversed.*

DECIDED SEPTEMBER 20, 1910.

Complaint; from city court of Greenville—Judge Revill. August 27, 1909.

W. R. Jones, J. Y. Allen, for plaintiff in error.

Hill & Culpepper, Greene F. Johnson, contra.